```
Albert M. Sterwerf, SBN: 175454
Law Offices of Albert M. Sterwerf
1352 Irvine Blvd.
Tustin, California 92870
Tel :(714) 508-7000
Fax :(714) 508-7002

Attorney for Petitioner: KEVIN RAY PATTERSON
```

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> RESPONDENT <br> v. <br> KEVIN RAY PATTERSON, <br> PETITIONER | Case Number: 2:99-CR-551 EJG <br><br> RESPONSE TO GOVERNMENT'S OPPOSITION |

## ORDER

Having considered Petitioner's Motion for An Extension of Time to Respond to Respondent Opposition, this Court is of the opinion that said motion should be GRANTED.

It is, therefore ORDERED, that, Petitioner's Motion for Leave to File in An Extension of Time to Respond to Respondent Opposition is GRANTED.

10/24/06    _____
            UNITED STATES DISTRICT JUDGE

1

ORDER